**2010–0954.  [State ex rel.] Johnson v. Weiss.**
In Prohibition. On motion to reinstate case. Motion denied.

**2010–1473.  Hillman v. Edwards.**
Franklin App. Nos. 10AP–58 and 10AP–59, 2010-Ohio-3524. Motions for relief from judgment, for finding pursuant to Civ.R. 52, and to proceed to judgment denied.

**2010–1668.  [State ex rel.] Rowser v. State.**
In Mandamus. On motion to review municipal court docket. Motion denied.

**2010–2141.  [State ex rel.] Wolfe v. Ross Corr. Inst.**
In Mandamus. Motion to strike is denied. Relator shall have ten days from the date of this order to file a memorandum in opposition to respondents' motion to dismiss.
> O'CONNOR, C.J., and LANZINGER, J., dissent and would grant the motion to dismiss.

**2010–2180.  Arnott v. Arnott.**
Highland App. No. 09CA25, 2010-Ohio-5392. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Entry filed December 10, 2010:
> "What is the proper standard for appellate review of purely legal issues that must be resolved after the trial court has decided a complaint for declaratory judgment presents a justiciable question under Revised Code Chapter 2721, i.e., must an appellate court afford deference to a trial court's interpretation or application of the law?"

> LANZINGER, J., dissents.

> The conflict case is *Maxwell v. Fry,* Butler App. No. CA2007–11–284, 2009-Ohio-1650.

**2011–0052.  Artisan Mechanical, Inc. v. Beiser.**
Butler App. No. CA2010–02–039, 2010-Ohio-5427. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Entry filed December 14, 2010:
> "When there is a factual dispute between the parties over the existence of a valid settlement agreement, is the trial court required to conduct an evidentiary hearing regardless of whether it enforces or denies enforcement of the agreement and enters judgment pursuant to the Ohio Supreme Court decision in *Rulli v. Fan Co.,* 79 Ohio St.3d 374?"

> The conflict cases are *Michelle M.S. v. Eduardo H.T.,* Erie App. No. E–05–053, 2006-Ohio-2119, and *Moore v. Johnson* (Dec. 11, 1997), Franklin App. No. 96APE11–1579.

**2011–0055.  State v. McDowall.**
Franklin App. Nos. 09AP–443 and 09AP–444, 2009-Ohio-6902. On motion for leave to file delayed appeal. Motion denied.

**2011–0062.  State v. Bradley.**
Van Wert App. No. 15–10–03, 2010-Ohio-5422. On motion for leave to file delayed appeal. Motion granted.
> LUNDBERG STRATTON, J., dissents.

**2011–0069.  State v. Stone.**
Cuyahoga App. No. 92949, 2010-Ohio-3308. On motion for leave to file delayed appeal. Motion denied.
> PFEIFER, J., dissents.

**2011–0085.  State v. Behanan.**
Butler App. No. CA2009–10–266, 2010-Ohio-4403. On motion for leave to file delayed appeal. Motion denied.
> CUPP and McGEE BROWN, JJ., dissent.

**2011–0090.  State v. Montgomery.**
Ashtabula App. No. 2009–A–0057, 2010-Ohio-4555. On motion for leave to file delayed appeal. Motion denied.
> PFEIFER and CUPP, JJ., dissent.